```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                      CASE NO. 07 B 06986
    ELOISE VANCE
                                            CHAPTER 13

                                            JUDGE: SUSAN PIERSON SONDERBY

         Debtor
    SSN XXX-XX-6020


--------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------
      The case was filed on 04/18/2007 and was confirmed 08/09/2007.

      The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

      The case was dismissed after confirmation 12/20/2007.
--------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST     PRINCIPAL
                                                              PAID         PAID
--------------------------------------------------------------------------
COUNTRYWIDE HOME LOANS    CURRENT MORTG           .00          .00           .00
COUNTRYWIDE HOME LOANS    MORTGAGE ARRE           .00          .00           .00
HOME LOAN SERVICES        CURRENT MORTG           .00          .00           .00
HOME LOAN SERVICES        MORTGAGE ARRE           .00          .00           .00
CITY OF CHICAGO WATER DE  SECURED NOT I        840.42          .00           .00
COMMONWEALTH EDISON       UNSECURED        NOT FILED           .00           .00
PEOPLES GAS LIGHT & COKE  UNSECURED          3648.51           .00        193.31
NATIONAL CITY HOME LOAN   NOTICE ONLY      NOT FILED           .00           .00
DAVID M SIEGEL            DEBTOR ATTY       2,624.00                     2,624.00
TOM VAUGHN                TRUSTEE                                          207.69
DEBTOR REFUND             REFUND                                              .00

         Summary of Receipts and Disbursements:
--------------------------------------------------------------------------
                        RECEIPTS              DISBURSEMENTS
--------------------------------------------------------------------------
TRUSTEE                 3,025.00

PRIORITY                                                .00
SECURED                                                 .00
UNSECURED                                            193.31
ADMINISTRATIVE                                     2,624.00
TRUSTEE COMPENSATION                                 207.69
DEBTOR REFUND                                           .00
                        ---------------        ---------------
TOTALS                  3,025.00                   3,025.00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/27/08

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE

PAGE   2
CASE NO. 07 B 06986 ELOISE VANCE